```
                                            ☑ FILED    ☐ LODGED
TIMOTHY COURCHAINE                          ☐ RECEIVED ☐ COPY
United States Attorney
District of Arizona                              FEB 03 2026

RYAN MCCARTHY                               CLERK U S DISTRICT COURT
Assistant United States Attorney              DISTRICT OF ARIZONA
Arizona State Bar No. 029804                BY_____ DEPUTY
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Diego Armando Gonzalez-Rosales, <br><br> Defendant. | No. CR-26-00082-PHX-DWL (ASB) <br><br> **INDICTMENT** <br><br> VIO: 8 U.S.C. §§ 1324a(a)(1), (a)(2) and (f)(1) <br> (Pattern and Practice of Knowingly Employing Unauthorized Aliens) <br> Count 1 <br><br> 18 U.S.C. §§ 1546(b)(3), and (2)(a) <br> (Use of a False Statement in Immigration Matter) <br> Counts 2 and 3 <br><br> 18 U.S.C. § 1028(b)(7), (b)(1)(A)(ii), and (c)(3)(A) <br> (Unlawful Transfer, Possession, or Use of a Means of Identification) <br> Count 4 <br><br> 18 U.S.C. § 1028A <br> (Aggravated Identity Theft) <br> Count 5 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning on an unknown date, and continuing through on or around January 26, 2026, in the District of Arizona the defendant, DIEGO ARMANDO GONZALEZ-

ROSALES, engaged in a pattern and practice to hire, and recruit for employment of aliens, in the United States, knowing the aliens were unauthorized with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1), (a)(2) and (f)(1).

### COUNT 2

On or about June 16, 2023, in Maricopa County, in the District of Arizona, the defendant, DIEGO GONZALEZ-ROSALES, and Juan Carlos Reynosa-Espinoza did knowingly use false attestations, that is, statements that Juan Carlos Reynosa-Espinoza is a United States Citizen and that his name was "O.L." on an employment eligibility Form I-9, Employment Eligibility Verification, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Sections 1546(b)(3), and 2(a).

### COUNT 3

On or about August 18, 2022, in Maricopa County, in the District of Arizona, the defendant, DIEGO GONZALEZ-ROSALES, and Cauhtemoc Cruz-Reyes did knowingly use false attestations, that is, statements that Cauhtemoc Cruz-Reyes is a United States Citizen and that his name was ""J.D.B." on an employment eligibility Form I-9, Employment Eligibility Verification, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Sections 1546(b)(3), and 2(a).

### COUNT 4

On or about October 17, 2024, in the District of Arizona, the defendant, DIEGO GONZALEZ-ROSALES, did knowingly transfer, possess, and use in or affecting interstate commerce, without lawful authority, a means of identification of another person, to wit: an

Arizona driver's license, date of birth, and social security number of J.J.Z., knowing that the means of identification belonged to another actual person, with the intent to aid or abet any unlawful activity that constitutes a violation of federal law, to wit: Use of a False Statement in Immigration Matter in violation of 18 U.S.C. § 1546(b)(3), (2)(a), and the offense involved the transfer of an identification document that is or appears to be a driver's license.

In violation of Title 18, United States Code, Sections 18 U.S.C. § 1028(b)(7), (b)(1)(A)(ii), and (c)(3)(A).

## COUNT 5

On or about October 17, 2024, in the District of Arizona, DIEGO GONZALEZ-ROSALES, did knowingly transfer, possess, and use, without lawful authority, a means of identification of "J.J.Z." during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), to wit: Knowingly Transferring a Means of Identification Without Authority, in violation of Title 18, United States Code, Section 1028(a)(7), as alleged in Count 4, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 18 U.S.C. § 1028A.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
RYAN MCCARTHY
Assistant U.S. Attorney