TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RYAN MCCARTHY
Assistant U.S. Attorney
Arizona State Bar No. 029804
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Feb 10 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 26-CR-00082-PHX-DWL |
| Plaintiff, | **STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES** |
| v. | |
| Diego Armando Gonzalez-Rosales, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, Diego Armando Gonzalez-Rosales, do hereby stipulate and agree as follows:

(1) Juan Carlos Reynosa-Espinoza and Cauhtemoc Cruz-Reyes (hereafter the "Material Witnesses") are not citizens or nationals of the United States;

(2) The defendant has been provided discovery in the above-captioned matter Bates stamped 00001 through 02429;

(3) The parties may elicit hearsay testimony from government witnesses regarding any statements made by the above-referenced material witnesses contained in the discovery provided to the defendant, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above-captioned matter;

(4) As a result of this stipulation, the Material Witnesses will be returned to their country of origin; and

1     (5)    The parties agree the Material Witnesses will be unavailable at trial under Rule 804 of the Federal Rules of Evidence, and the defendant waives all rights to confront or cross-examine the Material Witnesses.

    Based on the foregoing, the parties jointly move for the release of the above-named Material Witnesses to the Department of Homeland Security for return to their countries of origin.

    Dated this \_\_10th\_\_ day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_____
RYAN MCCARTHY
Assistant U.S. Attorney

_____
DEBBIE JANG
Attorney for Defendant

Diego Gonzalez Rosales
_____
DIEGO ARMANDO GONZALEZ-ROSALES
Defendant