|   |   |
|---|---|
| TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona<br>RYAN MCCARTHY<br>Assistant U.S. Attorney<br>Arizona State Bar No. 029804<br>Two Renaissance Square<br>40 N. Central Ave., Ste. 1800<br>Phoenix, Arizona 85004<br>Telephone: 602-514-7500<br>Email: Ryan.McCarthy@usdoj.gov<br>Attorneys for Plaintiff | ☒ FILED  ☐ LODGED<br>**Feb 26 2026**<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Diego Armando Gonzalez-Rosales,<br><br>Defendant. | No. 26-CR-00082-PHX-DWL<br><br>**INFORMATION**<br><br>VIO:  18 U.S.C. §§ 1028(a)(7),<br>(b)(1)(A)(ii), (c)(3)(1)<br>(Unlawful Transfer, Possession, or<br>Use of a Means of Identification)<br>Count 1 |
|---|---|

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT 1**

On or about October 17, 2024, in the District of Arizona, the defendant, DIEGO GONZALEZ-ROSALES, did knowingly transfer, possess, and use in or affecting interstate commerce, without lawful authority, a means of identification of another person, to wit: a social security card of J.J.Z., knowing that the means of identification belonged to another actual person, with the intent to aid or abet any unlawful activity that constitutes a violation of federal law, to wit: Use of a False Statement in Immigration Matter in violation of 18 U.S.C. § 1546(b)(3), (2)(a), and the offense involved the transfer of an identification document that is or appears to be an identification document issued by or under the authority of the United States.

//

1  In violation of Title 18, United States Code, Sections 18 U.S.C. §§ 1028(a)(7),
2  (b)(1)(A)(ii) and (c)(3)(1).
3  Dated this 17th day of February, 2026.

                                TIMOTHY COURCHAINE
                                United States Attorney
                                District of Arizona

*Ryan McCarthy* (Digitally signed by RYAN MCCARTHY, Date: 2026.02.17 15:38:04 -07'00')

RYAN MCCARTHY
Assistant U.S. Attorney

- 2 -