☒ FILED  ☐ LODGED

**Feb 26 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Diego Armando Gonzalez-Rosales,<br><br>                Defendant. | No. 26-CR-00082-PHX-DWL<br><br>**WAIVER OF INDICTMENT** |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 18 U.S.C. §§ 1028(a)(7), (b)(1)(A)(ii) and (c)(3)(1) (Unlawful Transfer, Possession, or Use of a Means of Identification), being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

_____ on behalf of
DIEGO ARMANDO GONZALEZ-ROSALES
Defendant

_____
DEBBIE JANG
Attorney for Defendant

Date  02/18/2026