☒ FILED  ☐ LODGED

**Feb 26 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 26-CR-00082-PHX-DWL |
| Plaintiff, | **CONSENT OF DEFENDANT** |
| vs. | |
| Diego Armando Gonzalez-Rosales, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this ___10th___ day of February, 2026.

_Diego Gonzalez Rosales_
DIEGO ARMANDO GONZALEZ-ROSALES
Defendant

_[signature]_                                  _Ryan McCarthy_
DEBBIE JANG                                    RYAN MCCARTHY
Counsel for Defendant                          Assistant U.S. Attorney

Digitally signed by RYAN MCCARTHY
Date: 2026.02.11 09:01:10 -07'00'

- 10 -